# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2570
_____

ALLANGSON BRUNSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.


December 9, 2025

PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Allangson Brunson, pro se, Appellant.

James Uthmeier, Attorney General; Dan Johnson, General Counsel, and Kelly Raplea Forren, Assistant General Counsel, Tallahassee, for Appellee.